No. 73–5784. GREEN v. UNITED STATES, 416 U. S. 941;

No. 73–5863. VALLEY v. UNITED STATES, 416 U. S. 936;

No. 73–6008. McGANN v. UNITED STATES BOARD OF PAROLE ET AL., 416 U. S. 958;

No. 73–6020. McGANN ET AL. v. UNITED STATES BOARD OF PAROLE, 416 U. S. 958;

No. 73–6293. EASTER v. CALIFORNIA, 416 U. S. 945;

No. 73–6295. THOMAS v. ESTELLE, CORRECTIONS DIRECTOR, 416 U. S. 945; and

No. 73–6388. McDONALD v. TENNESSEE ET AL., 416 U. S. 975. Petitions for rehearing denied.

No. 73–1282. FOUNTAIN ET AL. v. FOUNTAIN ET AL., 416 U. S. 939. Motion of Cheryl Y. Conway et al. for leave to file a brief as *amici curiae* in support of rehearing granted. Petition for rehearing denied.

## MAY 31, 1974

No. 73–1766. UNITED STATES v. NIXON, PRESIDENT OF THE UNITED STATES, ET AL. Petition for certiorari before judgment to C. A. D. C. Cir. Certiorari and motion for expedited schedule granted. Parties shall exchange and file briefs by 1 p. m. on June 21 and any responsive brief shall be filed by July 1, 1974. Oral argument set for July 8, 1974, at 10 a. m. Each party allowed one hour for argument. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.

## JUNE 3, 1974

No. 73–1568. ORRELL'S MUTUAL BURIAL ASSN., INC. v. ADAIR. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.